DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAIRUS PRINCE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2946

[March 10, 2022]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562005CF000340.

Jairus Prince, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***